# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 97-10213-WGY |
| ) | |
| KENNETH M. CONLEY, ) | |
|     Defendant ) | |
| ) | |

## DISMISSAL

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the indictment in the above-captioned case. In support of this dismissal, the government states that in light of the passage of time since the events underlying the indictment and the grant of a new trial, the government does not wish to pursue this prosecution.

Respectfully submitted,

Dated: September 14, 2005

/s/ Michael J. Sullivan
MICHAEL J. SULLIVAN
United States Attorney

Leave to File Granted:

_____
William G. Young, Chief Judge
United States District Court